IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK



UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL RUIZ,

    Defendant.

CR NO: 2:14-CR-009 KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum    ☒ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Ricardo Garza |
| Detained at: | SATF-CSP, Corcoran |

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment  ☐ Information  ☐ Complaint charging detainee with: _____
- or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 4, 2015 at 9:00 a.m., in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ André M. Espinosa |
| Printed Name & Phone No: | André M. Espinosa, (916) 554-2724 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum    ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *June 4, 2015 at 9:00 a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/19/15

Dale A. Drozd
Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | CDC # AU7668 | DOB: | 08/23/1976 |
| Facility Address: | 900 Quebec Ave., Corcoran, CA 93212 | Race: | |
| Facility Phone: | (559) 992-7100 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____    _____
                                  (signature)