BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>MANUEL RUIZ,<br><br>                 Defendants. | CASE NO. 2:14-CR-0009 KJM<br><br>UNITED STATES' REQUEST AND PROPOSED ORDER TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>DATE: June 4, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

      The United States, by and through its counsel, Benjamin B. Wagner, United States Attorney, and Sherry D. Hartel Haus and André M. Espinosa, Assistant United States Attorneys, hereby submits this Request and Proposed Order to Vacate the Writ of Habeas Corpus Ad Testificandum signed by the Court on May 19, 2015.

      As the Court is aware, in anticipation of trial in this matter, on May 19, 2015, the United States submitted an application for a Writ of Habeas Corpus Ad Testificandum (the "Writ") seeking an order compelling the Warden at SATF-CSP Corcoran to produce inmate Ricardo Garza ("Garza") on June 4, 2015, at 9:00am, to appear as a witness in the trial in the above-referenced matter. (CR 32.) On the same day, the Court signed an order issuing the Writ. (CR 33.)

      On May 26, 2015, the defendant, Manuel Ruiz, appeared before the Court and entered a plea of guilty to Count Four of the Indictment. (CR 40.) Thereafter, the Court vacated the trial date and all

pending motion and other hearings.  Consequently, Garza's testimony is no longer necessary and the United States respectfully requests an order vacating the Writ.

DATED: May 26, 2015                 Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                           By:     /s/ Sherry D. Haus & André M. Espinosa
                                                   SHERRY D. HAUS &
                                                   ANDRÉ M. ESPINOSA
                                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:14-CR-0009 KJM |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER VACATING WRIT OF |
| v. ) | HABEAS CORPUS AD TESTIFICANDUM |
| ) | |
| MANUEL RUIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States, by and through its counsel, Benjamin B. Wagner, United States Attorney, and Sherry D. Hartel Haus and André M. Espinosa, Assistant United States Attorneys, has submitted a Request and Proposed Order to Vacate the Writ of Habeas Corpus Ad Testificandum signed by the Court on May 19, 2015.

On May 19, 2015, in anticipation of trial, the United States submitted an application for a Writ of Habeas Corpus Ad Testificandum seeking an order compelling the Warden at SATF-CSP Corcoran to produce inmate Ricardo Garza ("Garza") at 9:00 a.m., on June 4, 2015, to appear as a witness in the trial in the above-referenced matter.  (CR 32.)  On the same day, the Court signed an order issuing the Writ of Habeas Corpus Ad Testificandum.  (CR 33.)

On May 26, 2015, the defendant, Manuel Ruiz, appeared before the Court and entered a plea of guilty to Count Four of the Indictment.  (CR 40.)  Thereafter, the Court vacated the trial date and all pending motion and other hearings.

**ACCORDINGLY**, the Court finds that, in light of the resolution reached by the parties in this matter, Garza's testimony is no longer necessary; therefore, and for other good cause shown, it is hereby**,**

**ORDERED,** that the United States' Request for an order vacating the Writ of Habeas Corpus Ad Testificandum, signed by the Court on May 19, 2015, shall be and is hereby, **GRANTED**, and it is further,

**ORDERED** that the Writ of Habeas Corpus Ad Testificandum, signed by the Court on May 19, 2015, shall be and is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: May 27, 2015

_____
UNITED STATES DISTRICT JUDGE